# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.* ADVOCATES FOR BASIC LEGAL EQUALITY, INC. <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Bank, N.A., <br><br> Defendant. | Case No. 3:13 CV 704 <br><br> Judge Zouhary <br> Magistrate Judge Armstrong |

## ORDER

UPON CONSIDERATION OF Relator's Motion for Leave to File Surreply in Opposition to Defendant's Motion to Dismiss, it is hereby ORDERED that the Motion is GRANTED. Relator shall file the Surreply attached to its Motion as Exhibit A.

**/s/ Jack Zouhary**         **February 19, 2015**
United States District Judge        Date