IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America, et al.,          Case No. 3:13 CV 704

             Plaintiffs,

                                          JUDGMENT ENTRY

      -vs-

                                          JUDGE JACK ZOUHARY

U.S. Bank, N.A.,

             Defendant.

This Court having contemporaneously filed its Memorandum Opinion and Order (Doc. 48), orders Defendant U.S. Bank's Motion to Dismiss (Doc. 25) is granted. No other claims remaining, this Court enters final judgment for Defendant and orders this case is dismissed.

IT IS SO ORDERED.

                                                                s/ *Jack Zouhary*
                                                                JACK ZOUHARY
                                                                U. S. DISTRICT JUDGE

                                                                May 12, 2015