# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.* ADVOCATES FOR BASIC LEGAL EQUALITY, INC. | Case No. 3:13 CV 704 |
| Plaintiff/Relator, | Judge Zouhary<br>Magistrate Judge Armstrong |
| v. | |
| U.S. Bank, N.A., | |
| Defendant. | |

## NOTICE OF APPEAL

COMES NOW Plaintiff/Relator Advocates for Basic Legal Equality, Inc., by counsel, and gives notice that Plaintiff/Relator appeals to the United States Court of Appeals for the Sixth Circuit from the District Court's Judgment and Memorandum Opinion and Order granting Defendant's Motion to Dismiss, entered on May 12, 2015 (ECF Nos. 48-49).

Date: June 8, 2015

Respectfully Submitted,

/s/ Stephen M. Dane
Stephen M. Dane
RELMAN, DANE & COLFAX, PLLC
312 Louisiana Avenue
Perrysburg, OH 43551
Tel.: (419) 873-1814
Fax: (419) 873-1815
E-mail: sdane@relmanlaw.com

        Sasha Samberg-Champion
        Michael Allen
        RELMAN, DANE & COLFAX, PLLC
        1225 19th Street, N.W., Suite 600
        Washington, D.C. 20036-2456
        Tel.: (202) 728-1888
        Fax: (202) 728-0848
        E-mail: ssamberg-champion@relmanlaw.com
                mallen@relmanlaw.com

*and*

        Aneel L. Chablani
        George A. Thomas
        ADVOCATES FOR BASIC LEGAL
        EQUALITY, INC.
        525 Jefferson Avenue, Suite 300
        Toledo, OH 43604
        Tel: (419) 255-0814
        Fax: (419) 259-2880
        E-mail: achablani@ablelaw.org
               gthomas@ablelaw.org

## CERTIFICATE OF SERVICE

      Pursuant to Federal Rule of Civil Procedure 5(d), I hereby certify that on June 8, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record who are deemed to have consented to electronic service.  Parties may access this filing through the Court's system.

                              /s/ Stephen M. Dane
                              Stephen M. Dane
                              RELMAN, DANE & COLFAX, PLLC
                              312 Louisiana Avenue
                              Perrysburg, OH  43551
                              Tel.:   (419) 873-1814
                              Fax:    (419) 873-1815
                              E-mail:  sdane@relmanlaw.com