# TRANSMISSION FORM

| | |
|---|---|
| District Court<br>NORTHERN OHIO, WESTERN DIVISION | District Court No.  3:13cv704<br>USCA No.  15-3654 |

| CAPTION | CURRENT COUNSEL FOR PLAINTIFF |
|---|---|
| | NAME:  Stephen M. Dane<br>FIRM NAME: Relman, Dane & Colfax |
| ADVOCATES FOR BASIC LEGAL EQUALITY, INC. | ADDRESS:  312 Louisiana Avenue<br>         Perrysburg, OH.  43551<br>TELEPHONE:  419-873-1814 |
| PLAINTIFF - __APPELLANT__ | |
| | CURRENT COUNSEL FOR DEFENDANT |
| v. | NAME:  Andrew W. Schilling<br>FIRM NAME: Buckley Sandler - Washington |
| U.S. BANK NATIONAL ASSOCIATION | ADDRESS:  Suite 700<br>         1250 24th Street, NW |
| DEFENDANT - __Appellee__ | Washington, DC.  20037<br>TELEPHONE:  212-600-2330 |

If Habeas Corpus, Certificate of Appealability is:  ( ) granted    ( ) denied    ( ) pending

Criminal Defendant:  ( ) on bond    ( ) incarcerated    ( ) on probation

Fees:  District Court & USCA Fee Paid:  (X) yes    ( ) no    ( ) not required
       Pauper Status:         ( ) granted    ( ) denied    ( ) pending
       Affidavit of Financial Status Filed:  ( ) yes    ( ) no

Counsel:    ( ) appointed    (X) retained    ( ) pro se

District Court Judge:__Zouhary__        Court Reporter:__Angela Nixon__

Any hearing or trial    (X) yes    ( ) no    If yes, dates __3/5/15__

FROM____Shawn Harrigan____        DATE____JUNE 9, 2015____

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, **2015**. Clerk, GERI M. SMITH, U.S. District Court